de la sentencia por insuficiencia de la prueba y repitiéndose por el apelante igual petición se estima que no son las pruebas suficientes para una condena, y se revoca la sentencia.

No. 1928. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión. Resuelto en abril 7, 1922. En vista del escrito del apelante solicitando el desistimiento de la apelación, se ·resuelve de conformidad y se tiene por desistido.

No. 1898. EL PUEBLO, APELADO, *v.* MATOS, APELANTE.—Corte de Distrito de San Juan, Segundo Distrito. Acometimiento y agresión grave. Resuelto en abril 10, 1922. No existiendo pliego de excepciones ni relación de pruebas y no apareciendo de los autos error alguno, se confirma la sentencia.

No. 1896. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Infracción de la ley de arbitrios. Resuelto en abril 10, 1922. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia pero modificándose en el sentido de imponer al acusado una multa de $100 y en defecto de pàgo un día de cárcel por cada dollar, no excediendo la prisión subsidiaria de 30 días.

No. 2703. BUSIGÓ, APELADO, *v.* PADRÓ, APELANTE.—Corte de Distrito de Mayagüez. *Injunction.* Resuelto en abril 11, 1922. Examinada la moción del apelado sobre desestimación de apelación y los documentos que se **acompañan,** se deses· tima la apelación.

No. 1902. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo. Acometimiento y agresión grave. Resuelto en abril 17, 1922. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.